# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**FRANCISZEK BYSTRON,**             :

                                    :

    **Petitioner**             :     **CIVIL NO. 3:20-602**

  **v.**                         :

                                             **(JUDGE MANNION)**

**ANGELA HOOVER,** *et al.***,**       :

                                  :

    **Respondents**

## ORDER

For the reasons set forth in the Memorandum of this date, after reviewing the briefs and exhibits of the parties, **IT IS HEREBY ORDERED THAT:**

1. Petitioner Bystron's complaint for emergency injunctive relief, **(Doc. 1)**, is **DENIED**.

2. Petitioner Bystron's petition for writ of habeas corpus pursuant to 28 U.S.C. §2241, **(Doc. 1)**, is **DENIED**.

3. The clerk of court is directed to close this case.

                                                     s/ *Malachy E. Mannion*
                                                 **MALACHY E. MANNION**
                                                 **United States District Judge**

**Dated: April 27, 2020**
20-602-01-ORDER